Writs refused. Relator has an adequate remedy for a review in the event of her conviction.

214 So.2d 163

**Louis Maurice ULMANN, Jr.**

v.

**RAPIDES BANK & TRUST COMPANY IN ALEXANDRIA.**

**No. 49367.**

Oct. 3, 1968.

In re: Louis Maurice Ulmann, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 210 So.2d 352.

Writ refused. The judgment is correct.

214 So.2d 164

**Helen HARRY, wife of and James J. MORRISON**

v.

**NEW ORLEANS COUNTRY CLUB, INC. and New Amsterdam Casualty Company.**

**No. 49372.**

Oct. 3, 1968.

In re: Helen Harry, wife of and James J. Morrison applying for certiorari, or writ

of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 538.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.